Edward S. Kiel
David M. Kohane
David S. Gold
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000

David Lopez, admitted *pro hac vice*
**CACHEAUX CAVAZOS & NEWTON, L.L.P**
333 Convent Street
San Antonio, Texas 78205-1348
210-222-2453
Attorneys for Plaintiffs

| | |
|---|---|
| GRUPO OMOR, S.A. de C.V., COMERCIALIZADORA NAREMO, S.A. de C.V. and PADILLA IMPORT SALES AND MARKETING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>R.R. IMPORTACIONES, INC., GUTIERREZ DISTRIBUTORS, LLC, CAM CORP and JOHN DOES 1-10,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CIVIL ACTION NO.  2:18-CV-400-KM-CLW<br><br>**CONSENT ORDER** |

**IT IS STIPULATED AND AGREED** by and among Grupo Omor, S.A. de C.V., Comercializadora Naremo, S.A. de C.V., and Padilla Import Sales and Marketing, Inc. (collectively, "Plaintiffs"), and R.R. Importaciones, Inc. ("Defendant") that in connection with the Order to Show Cause for Preliminary Restraints entered by the Court on January 11, 2018 (the "Order"), Plaintiffs and Defendant consent to the entry of this Consent Order which grants the preliminary injunctive relief requested by Plaintiffs in their application for an Order to Show Cause for Preliminary Restraints;

**IT IS** on this ___13th___ of February, 2018:

1. **ORDERED,** that Defendant, and any and all of its respective parent companies, affiliates, subsidiaries, officers, employees, agents, representatives, members, directors, attorneys, and/or other persons acting on its behalf, are enjoined and restrained from importing, marketing, selling or distributing any Unauthorized LA MORENA Products,[1] including but not limited to the products listed on Exhibit A to this Consent Order, or any other products bearing the Trademarks in the United States or any foreign country; and it is further

2. **ORDERED,** that Defendants, and any and all of its respective parent companies, affiliates, subsidiaries, officers, employees, agents, representatives, members, directors, attorneys, and/or other persons acting on its behalf, are enjoined and restrained from engaging in, offering, or providing goods or services in connection with any word mark that is identical to or confusingly similar with Plaintiffs' Trademarks and any trade dress that is identical to or confusingly similar with Plaintiffs' Trade Dress; and it is further

3. **ORDERED,** that Defendant, and any and all of its respective parent companies, affiliates, subsidiaries, officers, employees, agents, representatives, members, directors, attorneys, and/or other persons acting on its behalf, are enjoined and restrained from engaging in any acts of unfair competition and/or deceptive trade practices utilizing any mark that is identical to or confusingly similar with Plaintiffs' Trademarks and any trade dress that is identical to or confusingly similar with Plaintiffs' Trade Dress; and it is further

4. **ORDERED,** that Defendant shall, within 10 days of this Order, at its expense, retain and make arrangements with a reputable company, which is acceptable to Plaintiffs, that provides certified product disposal services for the destruction, within a commercially reasonable time, of all Unauthorized LA MORENA Products in Defendant's Possession, and any labels,

---

[1] Capitalized terms herein shall have the meaning ascribed to them in Plaintiffs' Verified Complaint.

packages and products bearing any word mark that is identical to or confusingly similar with Plaintiffs' Trademarks; and it is further

5.      **ORDERED,** that a representative of Plaintiffs shall be permitted to observe and supervise the destruction of the Unauthorized LA MORENA Products; and it is further

6.      **ORDERED,** that Defendant shall, within 10 days of this Order, produce to Plaintiffs lists containing the names and contact information of all individuals and entities (a) to whom Defendant sold any Unauthorized LA MORENA Products to in the United States, and (b) from whom Defendant purchased the Unauthorized LA MOREA Products in Mexico; and it is further

7.      **ORDERED,** that the entry of this Consent Order shall be without prejudice to the rights, claims, and defenses of the parties.

Kevin McNulty, U.S.D.J.


Consented to the form
and entry of this Consent Order:

COLE SCHOTZ P.C.                          MELLINGER SANDERS & KARTZMAN
Attorneys for Plaintiffs                  Attorneys for R.R. Importaciones, Inc,


By:  Edward S. Kiel                       By: Walter G. Luger

3

# EXHIBIT A

| # | UPC (TIN CAN) | UPC (TRAY) | SPANISH LABEL (MEXICO) |
|---|---|---|---|
| | | | **LA MORENA** |
| 1 | 7501062700011 | 17501062700018 | CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 2.8 kg |
| 2 | 7501062700028 | 17501062700025 | CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 800 g |
| 3 | 7501062700035 | 37501062700036 | CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 380 g |
| 4 | 7501062700042 | 17501062700049 | CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 210 g |
| 5 | 7501062700158 | 27501062700152 | RAJAS VERDES DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 100 g |
| 6 | 7501062700110 | 17501062700117 | RAJAS VERDES DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 2.8 kg |
| 7 | 7501062700127 | 17501062700124 | RAJAS VERDES DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 800 g |
| 8 | 7501062700134 | 37501062700135 | RAJAS VERDES DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 380 g |
| 9 | 7501062700141 | 17501062700148 | RAJAS VERDES DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 210 g |
| 10 | 7501062700301 | 17501062700308 | RODAJAS DE CHILES JALAPEÑOS EN ESCABECHE (NACHOS) CONT. NET. 2.8 kg |
| 11 | 7501062700318 | 17501062700315 | RODAJAS DE CHILES JALAPEÑOS EN ESCABECHE (NACHOS) CONT. NET. 800 g |
| 12 | 7501062700325 | 37501062700326 | RODAJAS DE CHILES JALAPEÑOS EN ESCABECHE (NACHOS) CONT. NET. 380 g |
| 13 | 7501062700332 | 17501062700339 | RODAJAS DE CHILES JALAPEÑOS EN ESCABECHE (NACHOS) CONT. NET. 210 g |
| 14 | 7501062700219 | 17501062700216 | RAJAS ROJAS DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 2.8 kg |
| 15 | 7501062700226 | 17501062700223 | RAJAS ROJAS DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 210 g |
| 16 | 7501062700233 | 27501062700237 | RAJAS ROJAS DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 100 g |
| 17 | 7501062700288 | 17501062700285 | RAJAS ROJAS ADOBADAS CONT. NET. 210 g |
| 18 | 7501062700417 | 17501062700414 | CHILES SERRANOS EN ESCABECHE CONT. NET. 2.8 kg |
| 19 | 7501062700424 | 17501062700421 | CHILES SERRANOS EN ESCABECHE CONT. NET. 800 g |
| 20 | 7501062700448 | 17501062700445 | CHILES SERRANOS EN ESCABECHE CONT. NET. 210 g |
| 21 | 7501062700462 | 27501062700466 | CHILES SERRANOS EN ESCABECHE CONT. NET. 100 g |
| 22 | 7501062700615 | 17501062700612 | CHILES CHIPOTLES ADOBADOS CONT. NET. 380 g |
| 23 | 7501062700622 | 17501062700629 | CHILES CHIPOTLES ADOBADOS CONT. NET. 210 g |
| 24 | 7501062700639 | 27501062700633 | CHILES CHIPOTLES ADOBADOS CONT. NET. 100 g |
| 25 | 7501062700622 | 27501062700626 | CHILES CHIPOTLES ADOBADOS CONT. NET. 210 g |
| 26 | 7501062701513 | 17501062701510 | SALSA ROJA ESTILO CASERO CONT. NET. 210 g |
| 27 | 7501062700684 | 27501062700688 | CHILES CHIPOTLES ADOBADOS CONT. NET. 265 g |
| 28 | 7501062701704 | 17501062701701 | SALSA PICANTE DE CHILES CHIPOTLES CONT. NET. 2.8 kg |
| 29 | 7501062701711 | 17501062701718 | SALSA PICANTE DE CHILES CHIPOTLES CONT. NET. 210 g |
| 30 | 7501062701032 | 17501062701039 | FRIJOLES BAYOS REFRITOS CONT. NET. 440 g |
| 31 | 7501062701049 | 17501062701046 | FRIJOLES BAYOS REFRITOS CON ADOBO Y CHILE CHIPOTLE CONT. NET. 440 g |
| 32 | 7501062701056 | 17501062701053 | FRIJOLES NEGROS REFRITOS CONT. NET. 440 g |
| 33 | 7501062700059 | 17501062700056 | CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 290 g |
| 34 | 7501062700103 | 17501062700100 | RAJAS VERDES DE CHILES JALAPEÑOS EN ESCABECHE CONT. NET. 290 g |
| 35 | 7501062700387 | 17501062700384 | RODAJAS DE CHILES JALAPEÑOS EN ESCABECHE (NACHOS) CONT. NET. 290 g |
| 36 | 7501062700646 | 17501062700643 | CHILES CHIPOTLES ADOBADOS CONT. NET. 290 g |
| 37 | 7501062701353 | 17501062701350 | SALSA ROJA CONT. NET. 230 g |
| 38 | 7501062701612 | 17501062701619 | SALSA VERDE CONT. NET. 230 g |
| 39 | 7501062701551 | 17501062701558 | SALSA ROJA ESTILO CASERO CONT. NET. 230 g |
| 40 | 7501062701742 | 17501062701749 | SALSA PICANTE DE CHILES CHIPOTLES CONT. NET. 230 g |