**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                 **DATE:** March 5, 2018
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**                                                                 **DOCKET # 18-cv-400**
Grupo Omor, S.A De C.V., et al
          vs.
R.R. Importaciones, Inc., et al

**APPEARANCES**

Edward S. Kiel, Esq. David S. Gold, Esq., and David Lopez, Esq. for Plaintiffs
Walter G. Luger, Esq. for Defendant R.R. Importaciones, Inc.
Gary S. Reish, Esq. and Michael J. Cohen, Esq. for Defendant Gutierrez Distributors, LLC

**Nature of Proceedings**: Telephone Conference Held

Telephone Conference held re: [23] Motion to hold R.R. Importaciones, Inc. in contempt of [17] Order. Response to Motion due 3/13/18. Hearing set for 3/17/18 at 2:00 PM.

**Time Commenced:** 12:00
**Time Adjourned:** 12:15
**Total Time:** 15 Minutes

                                                                                  Nitza Creegan
                                                                                  DEPUTY CLERK