# JOEL M. MIKLACKI

ATTORNEY AT LAW
ONE HOWE AVENUE, FOURTH FLOOR
PASSAIC, NJ 07055
Tel 973-779-3300
Fax 973-779-3330
jmiklacki@gmail.com

May 22, 2018

**Via ECF**

Honorable Cathy L Waldor
MLK Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: Grupo Omor, et al vs R. R. Importaciones, Inc. et al
   Civil Action 18-400 CKM (CLW)

Dear Judge Waldor,
  Please be advised that I have been retained to represent the Defendant A&E Citrics Associates Inc. in the above captioned first amended complaint. It is my understanding that my client was served on May 5, 2018.
  I would respectfully request that my client be granted an extension to June 30, 2018 to file responsive pleadings since I will be out of state until June 6, 2018 and need time to review various documents with my client. I have spoken to plaintiffs council who consents to the extension.
  Defendant kindly requests that the Court so order by this letter. Should the Court have any questions or concerns, please do not hesitate to contact my office.

        Respectfully yours,
        */s/ Joel M. Miklacki*
        Joel M. Miklacki Esq.

cc: Honorable Kevin McNulty, U.S.D.J. (via ECF)
cc: Cole Schotz, P.C (via regular mail)

        So Ordered:

        _____