

# WINNE BANTA
## WINNE BANTA BASRALIAN & KAHN, P.C.
### Counsellors at Law

| | | |
|---|---|---|
| COURT PLAZA SOUTH – EAST WING<br>21 MAIN STREET, SUITE 101<br>P.O. BOX 647<br>HACKENSACK, NEW JERSEY 07601-0647<br><br>TELEPHONE (201) 487-3800<br>FACSIMILE (201) 487-8529 | HOBOKEN OFFICE<br>1422 GRAND STREET<br>UNIT 4A<br>HOBOKEN, NEW JERSEY 07030<br><br>NEW YORK OFFICE<br>488 MADISON AVENUE<br>17ᵗʰ FLOOR - SUITE 1700<br>NEW YORK, NEW YORK 10022<br>(212) 324-0169 | JOSEPH L. BASRALIAN +<br>ROBERT M. JACOBS<br>GARY S. REDISH +<br>RICHARD R. KAHN +<br>KENNETH K. LEHN /<br>ROBERT J. KLEEBLATT<br>STANLEY TURITZ<br>ARTHUR I. GOLDBERG +<br>RONALD M. ABRAMSON<br>MARTIN J. DEVER, JR. + *<br>PETER J. BAKARICH, JR. +<br>THOMAS J. CANGIALOSI, JR. +<br>CAROLYN GERACI FROME<br>BRUCE R. ROSENBERG<br>RICHARD D. WOLLOCH +<br>MICHAEL G. STINGONE p<br>KHOREN BANDAZIAN +<br>DENNIS G. HARRAKA / x<br>JEFFREY L. LOVE +<br>IAN S. KLEEBLATT<br>MICHAEL J. COHEN +<br>JASON P. CAPIZZI + d |

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
THOMAS R. McCONNELL
MATTHEW C. MILLS + ■

MARK E. LICHTBLAU +
JARED L. GURFEIN +
ROMAN VACCARI p +
ARIELLE GREENBAUM SAPOSH +
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

/ CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL
  ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
p MEMBER PENNSYLVANIA BAR ALSO
■ MEMBER FLORIDA BAR ALSO
d MEMBER WASHINGTON, D.C BAR ALSO
x R. 1:40 QUALIFIED MEDIATOR

**VIA ECF**

FLORIDA OFFICE
2255 GLADES ROAD
SUITE 324 ATRIUM
BOCA RATON, FLORIDA 33431

June 7, 2018

www.winnebanta.com

ROBERT A. HETHERINGTON III (RET)
MATTHEW COHEN + (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)
PETER G. BANTA (1935-2016)

Email address: mcohen@winnebanta.com
Direct Dial: 201-562-1088

Honorable Cathy Waldor, U.S.M.J.
United Stated District Court
Martin Luther King, Jr. Federal Building
 & Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

Re: Grupo Omor, S.A. de C.V., et al. v. R.R. Importaciones, Inc., et al.
    Civil Action No. 2:18-CV-400-KM-CLW

Dear Judge Waldor:

We represent defendants Gutierrez Distributors, LLC and Fernando Gutierrez in connection with the above-referenced matter. I write to request an additional 30 day extension of time to answer the Second Amended Complaint in this case. The Gutierrez defendants have already utilized their automatic 14 day extension. The time to Answer thereunder runs on June 12. If granted, the Gutierrez defendants' Answer would now be due on July 12. I have conferred with counsel for the plaintiff, Edward Kiel, who consents to the additional 30 day extension of the Gutierrez defendants' time to Answer. If this extension is acceptable to Your Honor, kindly advise accordingly by So Ordering the relevant portion of this letter. Should the Court have any questions about this request, please do not hesitate to contact me.

Respectfully submitted,

s/ *Michael J. Cohen*

Michael J. Cohen

MJC/ft
cc: All counsel of record (Via ECF)

385940_1

*Serving Our Clients Since 1922*