## Mellinger Sanders & Kartzman, LLC
ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950
(973) 267-0220

LOUIS P. MELLINGER
MICHAEL S. SANDERS
STEVEN P. KARTZMAN
JOSEPH R. ZAPATA, JR.
JUDAH B. LOEWENSTEIN
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN
TERRI JANE FREEDMAN
JOSÉ R. TORRES

FAX (973) 267-3979

www.msklawyers.com

E-MAIL WLUGER7@GMAIL.COM

Essex County Office
46 Essex Street
Millburn, N.J. 07041
(973) 218-0220

**PLEASE RESPOND TO:
MORRIS PLAINS**

June 9, 2018

Via ECF
Hon. Cathy Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr., Federal
Bldg. & Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

Re: Grupo Omor, et als. v. R.R. Importaciones, et als
Civil Action No. 2:18-cv-400 (KM) (CLW)

Dear Judge Waldor:

This firm represents the Defendants, R. R. Importaciones, Inc. and Rolando Martinez in this matter. I write to request an additional 30 day extension of time in which to answer the Second Amended Complaint.

My clients have obtained and used their 14 day clerk's extension. The current time to Answer is on June 12, 2018. If granted, the new date to file an Answer would be on July 12, 2018. I have obtained the consent of the Plaintiffs' lead counsel, Edward Kiel, Esq., to this 30 day extension request.

If this extension request is acceptable to Your Honor, please feel free to use this letter as an Order. Thank you for your attention to this matter.

Respectfully Submitted,

WALTER G. LUGER, ESQ.

cc: All Counsel of Record (via ECF)