MELLINGER, SANDERS, & KARTZMAN, L.L.C.
Walter G. Luger, Esq. (ID 033821984)
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Defendant, R.R. Importaciones, Inc.

| | |
|---|---|
| GRUPO OMOR, S.A. de C.V., COMERCIALIZADORA NAREMO, S.A. de C.V. and PADILLA IMPORT SALES AND MARKETING, INC.,<br><br>Plaintiffs,<br>v.<br><br>R.R. IMPORTACIONES, INC., GUTIERREZ DISTRIBUTORS, LLC, CAM CORP and JOHN DOES 1-10, et als.,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.  2:18-CV-400-KM-CLW<br>ECF Case<br><br>**ORDER PERMITTING LEAVE TO WITHDRAW IN FAVOR OF MELLINGER SANDERS & KARTZMAN, LLC. AND WALTER G. LUGER, ESQ.** |

THIS MATTER having been opened to the Court by Walter G. Luger, Esq. and by Mellinger Sanders & Kartzman, LLC., 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950, (jointly referred to as the "Firm"), by motion seeking leave to withdraw as counsel to the Defendants, R.R. Importaciones, Inc. and Rolando Martinez, (jointly referred to as "Clients"), and the Court having received and reviewed the Firm's moving and reply papers; the opposition papers, if any, filed by any parties to this suit, or by Clients; and oral argument, if any, having been conducted on the motion return date; and for good cause shown;

IT IS on this 4 day of September 2019, ORDERED that the Firm is hereby granted leave to withdraw as counsel to the Clients in this action; and

1

IT IS FURTHER ORDERED that the Clients shall have 14 days from the date of entry of this Order to hire successor counsel who shall immediately file a Notice of Appearance in this action within said time frame; and

IT IS FURTHER ORDERED that the Firm shall serve a true copy of this Order upon the Clients within three (3) days following the entry of this Order onto the docket.

*s/ Cathy L. Waldor*
_____
HON. CATHY WALDOR, U.S.M.J.

**The Court will hold an in person conference on September 18, 2019 at 10:30 AM. Defendants Rolando Martinez and R.R. Importaciones, Inc. were notified of the conference on the record today and shall attend in person. Any new counsel retained by Defendants shall attend in person. Plaintiff may appear by phone and contact chambers at (973) 776-7862 at the scheduled time.**