# WINNE BANTA BASRALIAN & KAHN, P.C.
### Counsellors at Law

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NEW JERSEY 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

HOBOKEN OFFICE
1422 GRAND STREET
UNIT 4A
HOBOKEN, NEW JERSEY 07030

NEW YORK OFFICE
488 MADISON AVENUE
17th FLOOR - SUITE 1700
NEW YORK, NEW YORK 10022
(212) 324-0169

FLORIDA OFFICE
2255 GLADES ROAD
SUITE 324 ATRIUM
BOCA RATON, FLORIDA 33431

www.winnebanta.com

JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GARY S. REDISH +
RICHARD R. KAHN +
KENNETH K. LEHN ƒ
ROBERT J. KLEEBLATT
STANLEY TURITZ
ARTHUR I. GOLDBERG +
RONALD M. ABRAMSON
MARTIN J. DEVER, JR. + *
PETER J. BAKARICH, JR. +
THOMAS J. CANGIALOSI, JR. +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE ρ
DENNIS G. HARRAKA ƒ x
JEFFREY L. LOVE +
IAN S. KLEEBLATT
MICHAEL J. COHEN + ƒ
JASON P. CAPIZZI + d

ROBERT A. HETHERINGTON III (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)
PETER G. BANTA (1935-2016)
MATTHEW COHEN (1943-2018)

CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
MARLA WOLFE TAUS +
DORIS BRANDSTATTER
THOMAS R. McCONNELL
FAITH E. MIROS + *
MATTHEW C. MILLS + ■
BOGDAN A. KACHUR +

FRANK E. SCANGARELLA
MARK E. LICHTBLAU +
JARED L. GURFEIN +
ROMAN VACCARI ρ +
ARIELLE GREENBAUM SAPOSH +
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

ƒ CERTIFIED BY THE SUPREME COURT
   OF NEW JERSEY AS A CIVIL TRIAL
   ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
ρ MEMBER PENNSYLVANIA BAR ALSO
■ MEMBER FLORIDA BAR ALSO
d MEMBER WASHINGTON, D.C. BAR
x R. 1:40 QUALIFIED MEDIATOR

Email address: gredish@winnebanta.com

September 18, 2019

*Via ECF and FedEx*

Honorable Cathy Waldor, U.S.M.J.
United Stated District Court
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

    Re:  Grupo Omor, S.A. de C.V., et al. v. R.R. Importaciones,
          Inc., et al.
          Civil Action No. 2:18-CV-400-KM-CLW

Dear Judge Waldor:

    I received notification by CM/ECF that Your Honor entered a text Order and is going to hold a telephone conference in this matter on October 3, 2019 at 4:00 p.m. and in-person status conference on October 10, 2019 at 11:00 a.m.

    Our client, Gutierrez Distributors, as Your Honor knows, entered into a settlement with the plaintiffs and that action has been dismissed by the plaintiffs. The only other party having a claim against Gutierrez (a crossclaim for indemnity) was Reyes Produce Corp. ("Reyes") and there is now a signed Settlement Agreement with them. That Settlement Agreement provides for two initial payments and then monthly payments. The first initial payment has been made and the second payment is due on October 15, 2019, and under the terms of the Settlement Agreement, provided the second payment is made, Reyes will dismiss its crossclaim against Gutierrez.

01447-00113
426914_1

*Serving Our Clients Since 1922*

**WB WINNE BANTA BASRALIAN & KAHN, P.C.**
Counsellors at Law

Honorable Cathy Waldor, U.S.M.J.
September 18, 2019
Page 2

---

    That being said, and having confidence that our clients will make the second payment to Reyes, would Your Honor excuse me from the telephone conference on October 3, 2019 and also appearing in-person at the status conference on October 10, 2019 in light of the fact that we have settled with Reyes, but that the Stipulation of Dismissal with Reyes cannot be filed until the second payment is made.

                             Respectfully submitted,

                             s/ Gary S. Redish
                             Gary S. Redish

GSR/ld
cc: All counsel of record (Via ECF)

01447-00113
426914_1

The following transaction was entered on 9/18/2019 at 11:31 AM EDT and filed on 9/18/2019

**Case Name:** GRUPO OMOR, S.A. DE C.V. et al v. R.R. IMPORTACIONES, INC. et al
**Case Number:** 2:18-cv-00400-KM-CLW
**Filer:**
**Document Number:** 134(No document attached)

**Docket Text:**
TEXT ORDER: The Court will hold a telephone conference, to be initiated by plaintiff, on 10/3/19 at 4pm. The Court will hold an In-Person Status conference on 10/10/19 at 11am with all parties before U.S.M.J. C. Waldor in courtroom 4D. Please contact chambers at (973) 776 7862 with any questions or concerns Parties may contact chambers at (973) 776 7862. So Ordered by Magistrate Judge Cathy L. Waldor on 9/18/19. (tjg, )

**2:18-cv-00400-KM-CLW Notice has been electronically mailed to:**

DAVID M. KOHANE    dkohane@coleschotz.com, MStempel@coleschotz.com

DAVID STANLEY GOLD    dgold@coleschotz.com

GARY S. REDISH    gredish@winnebanta.com

JOEL M. MIKLACKI    jmiklacki@gmail.com, miklackilaw@gmail.com

MARK J. INGBER    ingber.lawfirm@gmail.com

MICHAEL JASON COHEN    mcohen@winnebanta.com, fthompson@winnebanta.com, mjcohen80@gmail.com

ROBERT PHILLIP FEINLAND    rfeinland@grr.com

**2:18-cv-00400-KM-CLW Notice has been sent by regular U.S. Mail:**

R.R. IMPORTACIONES, INC.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

2